IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GREGORY GREEN                                                                                          PLAINTIFF

V.                                        CASE NO. 13-CV-4043

BROOKSHIRE GROCERY COMPANY;
CHRISTOPHER BELT; JOHN PONDER;
JAMIE TYLER GLANTON; CORP.
ERIC ZIMMER; and OFFICER JENNIFER
MARTIN                                                                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 16, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9). Judge Bryant recommends that Plaintiff's claims against Separate Defendants Brookshire Grocery Company, Christopher Belt, John Ponder, and Jamie Tyler Glanton be DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(I-iii) and 1915(a). Plaintiff has responded with objections (ECF No. 12), and the Court has reviewed the objections. The Court, being well and sufficiently advised, finds that Plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation. After reviewing the record *de novo*, the Court adopts the Report and Recommendation *in toto*.

Accordingly, Plaintiff's claims against Separate Defendants Brookshire Grocery Company, Christopher Belt, John Ponder, and Jamie Tyler Glanton are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 23rd day of August, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge