IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GREGORY GREEN                                                                                               PLAINTIFF

V.                                            CASE NO. 13-CV-4043

ERIC ZIMMER and OFFICER JENNIFER
MARTIN                                                                                                     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed December 30, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 32). Judge Bryant recommends that Plaintiff's Amended Motion for Default Judgment (ECF No. 31) be denied. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto.* Plaintiff's Amended Motion for Default Judgment (ECF No. 31) is **DENIED**.

**IT IS SO ORDERED**, this 27th day of January, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge