IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GREGORY GREEN                                                                                    PLAINTIFF

V.                                              CASE NO. 13-CV-4043

BROOKSHIRE GROCERY COMPANY,
*et al.*                                                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 24, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 52. Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 41) be granted and that Plaintiff's Motion for Summary Judgment (ECF No. 44) be denied as moot. Judge Bryant further recommends that Plaintiff's Complaint be dismissed with prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motion for Summary Judgment (ECF No. 41) is **GRANTED**. Plaintiff's Motion for Summary Judgment (ECF No. 44) is **DENIED AS MOOT**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 31st day of July, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge